**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 1 MAL 2019

                  Respondent     :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

                v.              :

                               :

BRADLEY RYAN GRIM,          :

                               :

                Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.